UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-00073 |
| | ) | |
| DEREK LAMONT ODOM | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **DEREK LAMONT ODOM**, **DOB: XX/XX/1978, OCA #186493**, is in due form and process of law, confined in the custody of Criminal Justice Center - CJC, Nashville, Tennessee.

2. Said individual has been charged pursuant to Superseding Supervised Release Petition in Case Number 3:04-CR-00073, and is needed for an initial appearance before a United States District Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: August 15, 2014

           *s/ Philip H. Wehby*
           PHILIP H. WEHBY
           Assistant United States Attorney
           Petitioner

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     United States Marshal, Middle District of Tennessee
          Criminal Justice Center - CJC, Nashville, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **DEREK LAMONT ODOM**, **DOB: XX/XX/1978, OCA #186493**, now confined in the custody of the Criminal Justice Center - CJC, Nashville, Tennessee, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee for the purpose of an initial appearance and, unless otherwise ordered, for all other necessary proceedings in this case. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in the defendant's state criminal case.

WITNESS, the Honorable Aleta A. Trauger, United States District Judge, Middle District of Tennessee.

DATED:

           By: *[signature]*
           ALETA A. TRAUGER
           United States District Judge