# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00073 |
| | ) | Judge Trauger |
| DEREK LAMONT ODOM | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing will be held on the Petition to Revoke Supervision (Docket No. 61) on Thursday, September 18, 2014 at 3:00 p.m..

It is so **ORDERED**.

ENTER this 10th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge