UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 10/30/14 at 2:30 p.m.*

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:04-CR-00073 |
| | ] |
| DEREK LAMONT ODOM | ] |

## MOTION TO CONTINUE

Comes now undersigned counsel, and hereby moves this Honorable Court to continue the hearing in this case, currently set today, October 24, 2014, for approximately one (1) week. For cause, counsel would state and show that he has reached an agreement with the Government regarding a recommendation for the supervised release violation. However, the Defendant also currently has charges pending in Davidson County General Sessions Court (that gave rise to the violation) that must be resolved prior to the proposed resolution of the supervised release violation. Counsel has theoretically resolved those State charges as well, but has not entered into the agreement in State Court yet. Counsel believes that the State resolution will occur Monday, October 27, or thereabouts. Counsel has spoken with Assistant United States Attorney Phil Wehby, and he does not object to the brief continuance.

Respectfully submitted,

s/ Patrick G. Frogge
PATRICK G. FROGGE, No. 20763
Bell, Tennent & Frogge
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110 (telephone)
(615) 244-1114 (facsimile)